UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA


SECOND CHANCE ACADEMY, INC.,
ET AL

VERSUS

ENTERGY (GULF STATES)
LOUISIANA, ET AL

CIVIL ACTION

NUMBER 09-280-FJP-SCR


### RULING

The Court will treat plaintiffs' motion for extension of time[1] as a motion for a new trial. It is clear this motion was not timely filed and, therefore, the motion for a new trial is denied.

The Court will also treat the motion as a Rule 60(b), Federal Rules of Civil Procedure, motion and also finds the plaintiffs have failed to present evidence to support a Rule 60(b) motion.

Finally, there is no reason to grant any extension in this case. The Court issued its opinion on July 21, 2009. The parties have been given more than sufficient time to comply with the Court's order. Also, Brendia Ford continues to disobey this Court's orders which have advised her that she cannot represent other parties since she is not an attorney. Also, a review of this motion reveals that this case is frivolous, and the Court questions its subject matter jurisdiction. Finally, the Court ordered that

---

[1] Rec. Doc. No. 9.

Doc#46376

C: Operations

the parties had to pay the full cost of filing a suit in Federal Court. This has not been done.

Therefore:

Plaintiffs' motion for extension of time is denied.

Plaintiffs' motion for a new trial is denied.

Plaintiffs' motion for a Rule 60(b) motion is denied.

IT IS ORDERED that Brendia Ford shall not file another suit or pleading on behalf of another person since she is not an attorney. The Clerk of Court shall not accept any further pleadings filed by Brendia Ford on behalf of another person.

IT IS SO ORDERED.

Baton Rouge, Louisiana, September 23, 2009.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA